# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00478-CR

**Ex parte Theodoro Quinones**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. CR-12-0101-HC, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant filed a notice of appeal stating he wished to appeal from the trial court's interlocutory orders related to his Motion to Reduce Bond. The clerk's record was filed on July 12, 2012, and the reporter's record was filed on October 8, 2012. Appellant's retained attorney, W. Paul Parash, made several attempts to file a brief electronically, but the briefs were rejected because they were untimely, lacked a correct motion for extension of time, and had various errors of form. On December 4, two weeks after Mr. Parash's last unsuccessful attempt to file the brief and a motion for extension of time, we sent him notice that the brief was overdue, requesting a response by December 14. To date, Mr. Paresh has not responded to our communication, nor has he filed a corrected brief and motion for extension of time.

We therefore order Mr. Parash to file a brief and motion for extension of time that fully comply with the rules of appellate procedure and, if electronically filed, the rules governing electronic filing no later than May 3, 2013. If appellant has decided he no longer wishes to pursue

this appeal, Mr. Parash should file a motion to dismiss no later than May 3, 2013.  Failure to comply with this order will result in Mr. Parash being called before this Court to show cause why he should not be held in contempt for violating this order.

It is ordered April 23, 2013.

Before Justices Puryear, Pemberton and Rose

Do Not Publish